UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE JOHN A. DEEP,

             Debtor.

Chapter 13
Bankr. Case No. 05-10040

Dist. Ct. Case No. 1:06-CV-1555
(LEK)

## DECISION AND ORDER

Appellant John A. Deep ("Appellant" or "Deep") is appealing from Orders of the United States Bankruptcy Court for the Northern District of New York (*Littlefield, B.J.*), dated July 25, 2006, September 7, 2006, and November 22, 2006. See Notice of Appeal (Dkt. No. 1, Attachs. 1-3). The Clerk of the Bankruptcy Court has filed a Certification of Non-Compliance concerning the appeal. See Dkt. No. 6, Attach. 2. Deep's Notice of Appeal was dated December 2, 2006, and the Amended Notice of Appeal was dated December 7, 2006. See Notice of Appeal (Dkt. No. 1, Attach. 1); Amended Notice of Appeal (Dkt. No. 1, Attach. 2). The Notice of Appeal was filed with the Bankruptcy Court on December 4, 2006. See Certification of Non-Compliance (Dkt. No. 6, Attach. 2).

Appellant has not complied with Federal Rule of Bankruptcy Procedure 8001(a), according to the Certification of Non-Compliance received from the Bankruptcy Clerk. See Certification of Non-Compliance (Dkt. No. 6, Attach. 2). No extension of time has been granted. Id.

Accordingly, it is hereby:

**ORDERED**, that the appeal is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   January 3, 2007
Albany, New York

_____
HONORABLE LAWRENCE E. KAHN
United States District Judge