================================================================================

***** UNITED STATES DISTRICT COURT *****

<u>    NORTHERN    </u>   DISTRICT OF   <u>     NEW YORK      </u>

**JUDGMENT IN A CIVIL CASE**

USDC DOCKET NO.   **1:06cv1555 (LEK)**

USBC DOCKET NO.   **05-cv-10040 (Chapter 13)**

IN RE JOHN A. DEEP

        Debtor.

<u>      </u>   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>  x   </u>   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    that the appeal is dismissed, in accordance with the Decision & Order of the Hon. Lawrence E. Kahn, USDJ, dd 1/3/07.

DATE: <u>January 3, 2007</u>

                              Clerk of Court

                              s/WILLIAM J. GRIFFIN

By: _____

                              DEPUTY CLERK