===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_ DISTRICT OF _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

USDC DOCKET NO. **1:06cv1555 (LEK)**

USBC DOCKET NO. **05-cv-10040 (Chapter 13)**

IN RE JOHN A. DEEP

    Debtor.

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **x**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the appeal is dismissed, in accordance with the Decision & Order of the Hon. Lawrence E. Kahn, USDJ, dd 1/3/07.

DATE: _January 3, 2007_

_[signature]_
Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK